THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rahmelle Jamaal
 Dingle, Appellant.
 
 
 

Appeal From York County
R. Knox McMahon, Circuit Court Judge
Unpublished Opinion No. 2009-UP-458
Submitted October 1, 2009  Filed October
 8, 2009    
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Rahmelle Jamaal Dingle appeals the revocation of his
 probation.  Dingle argues the evidence presented at the probation revocation
 hearing was insufficient for the circuit court to revoke his probation.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Dingle's
 appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., KONDUROS and LOCKEMY, JJ, concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.